USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**JUAN ORTEGA,** *individually, and on behalf of all others similarly situated*,

                     **Plaintiff,**

      -against-

**DOJO BRANDS LLC,**

                     **Defendant.**

22-cv-1800 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    October 5, 2022
             New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**